UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

CODY RAY TUNNELL,

Petitioner,

v.

CONSTANCE C. REESE, Warden,

Respondent.

CIVIL NO. 00-2678 (RHK/JMM)

REPORT AND RECOMMENDATION

The above matter is before the undersigned upon Petitioner's Pro Se Motion for Summary Judgment [Docket No. 6]. The matter is before the undersigned Magistrate Judge for a Report and Recommendation to the District Court pursuant to the provisions of 28 U.S.C. §636 (b)(1)(B).

Upon the following Findings of Fact/Report, it is recommended that Petitioner's Pro Se Motion for Summary Judgment [Docket No. 6] be denied.

**FINDINGS OF FACT/REPORT**

Petitioner filed a Petition for Writ of Habeas Corpus on December 11, 2000. [Docket No. 1]. The Court issued an Order directing Respondent to file a written return to the Petition by January 10, 2001. [Docket No. 4]. Respondent filed her Response on January 10, 2001, in compliance with the Court's Order. [Docket No. 7].

The Motion currently before the Court, though denominated a Motion for Summary Judgment, actually seeks an Order granting the Petition, based upon Respondent's failure to file a written response as ordered. Because Respondent filed a response to the Petition within the time allotted by the Court, Petitioner's Motion should be denied.

FEB 0 2 2001

The Court now has before it the Petition for Writ of Habeas Corpus and the Response. We will consider both and issue a Report and Recommendation to the District Court on the merits of whether or not the Petition should be granted, without the need for further submissions from the parties. See 28 U.S.C. §2243.

**RECOMMENDATION**

For the reasons set forth above, it is recommended that Petitioner's Pro Se Motion for Summary Judgment [Docket No. 6] be denied.

Dated: February 1, 2001

JOHN M. MASON
United States Magistrate Judge

Pursuant to Local Rule 72.1(c)(2), any party may object to this Report and Recommendation by filing with the Clerk of Court, and by serving upon all parties on or before **February 15, 2001** a copy of this Report, written objections which specifically identify the portions of the Report to which objections are made and the bases for each objection.