UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

CODY RAY TUNNELL, CIVIL NO. 00-2678 (RHK/JMM)

Petitioner,

v. ORDER

CONSTANCE C. REESE, Warden,

Respondent.

The above-entitled matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge John M. Mason dated February 1, 2001. No objections have been filed to that Report and Recommendation in the time period permitted.

Based upon the Report and Recommendation of the Magistrate Judge, and all of the files, records and proceedings herein,

IT IS HEREBY ORDERED that Petitioner's Pro Se Motion for Summary Judgment [Docket No. 6] is denied.

Dated: 2/23/01

RICHARD H. KYLE
United States District Court Judge

FILED FEB 23 2001
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK