**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

Cody Ray Tunnell

Petitioner,

Civil No. 00-2678 (RHK/JMM)

vs.

**ORDER**

Constance C. Reese, Warden,

Respondent.

---

Petitioner's Request to File Out of Time Objections is **DENIED**.

Dated: May 15, 2001

RICHARD H. KYLE
United States District Judge

FILED MAY 15 2001
FRANCIS E. DOSAL CLERK
JUDGMENT ENTD
DEPUTY CLERK